**24-6806**

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

JASON HINTZE,
Plaintiff-Appellee,

v.

CHARLES DANIELS, et al.
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA,
D.C. No. 3:22-cv-00436-MMD-CLB

**MOTION TO STAY**

Respectfully submitted by:
AARON D. FORD
Attorney General
CHRIS DAVIS (Nevada Bar No. 6616)
Senior Deputy Attorney General
Office of the Attorney General, State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-9252 (phone)
(702) 486-3768 (fax)
cwdavis@ag.nv.gov
*Attorneys for Defendants-Appellants*
*Brian Williams, Charles Daniels,*
*Harold Wickham, Kara LeGrand,*
*Tim Garrett, and Kirk Widmar*

## MOTION TO STAY

Defendants-Appellants Brian Williams, Charles Daniels, Harold Wickham, Kara LeGrand, Tim Garrett, and Kirk Widmar, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Chris Davis, Senior Deputy Attorney General, hereby move pursuant to Ninth Circuit Rules 27-11(a)(6), to stay the schedule for record preparation and briefing pending the disposition Plaintiff-Appellee Jason Hintze's motion for appointment of counsel (Dkt. Entry 5.1), and to reset the schedule upon the Court's disposition of the motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

Ninth Circuit Rule 27-11(a)(6), list motions for "appointment . . . of counsel" as one of the motions that "shall stay the schedule for record preparation and briefing pending the Court's disposition of the motion." On December 4, 2024, Appellee filed a motion for appointment of counsel. Dkt. 5.1. This Court has yet to rule on the motion. Accordingly, Appellants respectfully requests that the scheduled be stayed until this Court disposes of Appellee's motion for appointment of counsel, and to then reset the briefing schedule.

Respectfully submitted December 11, 2024.

        AARON D. FORD
        Attorney General
        By: /s/ *Chris Davis*
            Chris Davis (Bar No. 6616)
            Senior Deputy Attorney General
            *Attorneys for Defendants-Appellees*

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO STAY** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate electronic filing system on December 11, 2024.

Participants in the case who are registered users will be served by the appellate electronic filing system.

I further certify that participants in the case that are not registered users have been served by First-Class Mail, postage prepaid, to:

Jason Hintez, #1188359
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
*Plaintiff-Appellee, pro se*

/s/ *Jennifer N. Briones*
An employee of the Office of the
Nevada Attorney General

2